

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

TIMOTHY ECKERT,

      Plaintiff,

   v.

R. SCOTT DELUCA,

      Defendant.

_____

25-CV-206 (JLS) (MJR)

## DECISION AND ORDER

On January 13, 2025, Plaintiff filed a *pro se* complaint in Supreme Court, Niagara County, asserting several claims against Defendant R. Scott DeLuca including fraud, intentional infliction of emotional distress, and abuse of process. *See* Dkt. 1-2. Defendant removed the action to this Court on March 3, 2025. Dkt. 1. The case has been referred to United States Magistrate Judge Michael J. Roemer for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 3.

Defendant moved to dismiss. Dkt. 4. Plaintiff opposed the motion. Dkt. 5. March 26, 2026, Judge Roemer issued a Report and Recommendation ("R&R") recommending that Defendant's motion be granted. Dkt. 6. He further recommended that Plaintiff "be given an opportunity to replead his claims if he so chooses." *Id.* at 15. No party filed objections, and the time to do so has expired.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's

recommendation to which a party objects. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record. Based on that review, and in the absence of any objections, the Court accepts Judge Roemer's recommendation.

Thus, for the reasons above and in the R&R, Defendant's motion to dismiss (Dkt. 4) is GRANTED. Plaintiff may file an amended complaint pursuant to a schedule to be set by Judge Roemer.

SO ORDERED.

Dated:      April 21, 2026
            Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE